Court of Criminal Appeals of Texas

8/14/15          Tr. Ct. No. 31669-A          WR-70,944-03

Dear Mrs Abel Acosta,

I Joe louis Roberts TDC#1410085 have been transfered from the Hutchins Unit to the Eastham Trusty Camp in lovelady Tex. therefore I'm requesting All letters and documents Reguarding this writ of Habeas corpus be forwarded to me on the Eastham Unit in lovelady Texas. Thank you very Much!

Sincerly,

Joe Louis Roberts
#1410085